**STATE of Missouri, Respondent,**

v.

**John Edward HIRE, Appellant.**

**No. WD 42132.**

Missouri Court of Appeals, Western District.

March 27, 1990.

K. Louis Caskey, Kansas City, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM.

Appeal following jury verdict and sentence of five years imprisonment for possession of more than 35 grams of marijuana and for having methamphetamine under his control, § 195.020, RSMo 1986, and sentence of 20 years imprisonment. The sentences were ordered to run concurrent.

Judgment affirmed. Rule 30.25(b).